IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JEREMY PAINKIN <br><br> Plaintiff <br><br> v. <br><br> DOMINION LAW ASSOCIATES <br><br> Defendant | § § § § § § § § § § § § § § § § §   Civil Action No. 4:12-cv-735 <br><br> Demand for Jury Trial |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, file this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with Defendant; **Dominion Law Associates**

2. Please clear the docket of all dates.

3. The parties anticipate that it will take no longer than 30 days to finalize all of the documentation required.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Defendant will has not formally appeared

Date Signed this <u>the 28th </u>day <u>of March 2013</u>

        <u>/s/ Dennis McCarty</u>
**DENNIS MCCARTY**
MS Bar# 102733
Attorney for Plaintiff
P.O. Box 54172
Hurst, Tx 76054
Phone: 817-704-3375
Fax:    817-887-5069